1  HAILYN J. CHEN (SBN 237436)
   hailyn.chen@mto.com
2  NICHOLAS R. SIDNEY (SBN 308080)
   Nick.Sidney@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
5  Facsimile:     (213) 687-3702

6  Attorneys for THE REGENTS OF THE
   UNIVERSITY OF CALIFORNIA; DONALD
7  DUDLEY; WENDI DELMENDO; and LIZ PARIS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| JOHN DOE, an individual, | Case No. 2:24-cv-02770-TLN-CSK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING PAGE LIMIT FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DONALD DUDLEY in his individual capacity, WENDI DELMENDO in her individual capacity, LIZ PARIS, an individual, and DOES I – V, | Judge: Hon. Troy L. Nunley |
| Defendants. | |

WHEREAS, under the Court's Civil Standing Order, Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed twenty (20) pages, and replies shall not exceed ten (10) pages;

WHEREAS, this action involves four defendants who intend to file a single consolidated motion to dismiss Plaintiff's complaint in lieu of filing separate motions; and

WHEREAS, counsel for Defendants and Plaintiff have met and conferred regarding briefing on a consolidated motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The page limit for the memoranda of points and authorities in support of Defendants' consolidated motion to dismiss and Plaintiff's opposition to Defendant's motion, shall be 27 pages each.
- The page limit for Defendants' consolidated reply shall be 13 pages.

DATED: October 28, 2024                MUNGER, TOLLES & OLSON LLP
                                       HAILYN J. CHEN
                                       NICHOLAS R. SIDNEY


By:  */s/ Nicholas R. Sidney*
     NICHOLAS R. SIDNEY
Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; DONALD DUDLEY; WENDI DELMENDO; and LIZ PARIS

DATED: October 28, 2024                NICHOLAS HONCHARIW


By:  */s/ Nicholas Honchariw* (as authorized via e-mail on October 28, 2024)
     NICHOLAS HONCHARIW
Attorney for Plaintiff JOHN DOE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 28, 2024

_____
Troy L. Nunley
Chief United States District Judge