HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
NICHOLAS R. SIDNEY (SBN 308080)
nick.sidney@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; DONALD DUDLEY; WENDI DELMENDO; and LIZ PARIS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DONALD DUDLEY in his individual capacity, WENDI DELMENDO in her individual capacity, LIZ PARIS, an individual, and DOES I – V,<br><br>Defendants. | Case No. 2:24-cv-02770-TLN-CSK<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS**<br><br>Judge: Hon. Troy L. Nunley |

**ORDER**

Having considered Defendants' Request to Seal Documents, the Court ORDERS as follows:

1. Defendants' request to seal the unredacted copy of Exhibit F to the Declaration of Nicholas R. Sidney is GRANTED because there is little, if any, interest in public disclosure of the identifies of non-party student witnesses in a dating violence investigation, and there is a compelling public interest in preserving the confidentiality of student witnesses.

2. Within 30 days of this Order, Plaintiff shall file a noticed motion for leave to proceed anonymously and to show good cause why his name should be redacted from Exhibits E and F to the Declaration of Nicholas R. Sidney. Defendants may respond and Plaintiff may file an optional reply consistent with the Local Rules.

3. Within five days after the Court rules on Plaintiff's motion or, in the event that Plaintiff does not file a timely motion, within 35 days after the date of this Order, Defendants shall file public, redacted copies of Exhibits E and/or F that redact the names of the student witnesses and, if ordered by the Court, Plaintiff's name.

**IT IS SO ORDERED.**

Dated: November 25, 2024

Troy L. Nunley
Chief United States District Judge