# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JOHN DOE ,**

v.

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA , ET AL. ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:24−CV−02770−TLN−CSK**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/07/25 .**

ENTERED:  **July 7, 2025**            /s/  **Keith Holland**
                                      Clerk of Court